[No. 5352–1. Division One. May 8, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LOVELL WILLIAM McCORKELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77966, Robert M. Elston, J., entered January 7, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Farris, C.J., and James, J.

[No. 5384–1. Division One. May 8, 1978.]

WALLACE AND WHEELER, INC., *Appellant,* v. EDWARD F. HARTZ, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 807073, Norman B. Ackley, J., entered January 31, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 2746–2. Division Two. May 10, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN A. GALANDA, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4334, Tyler C. Moffett, J., entered January 21, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Johnson, J. Pro Tem.

[No. 2292–3. Division Three. May 12, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GUADALUPE TOVAR, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 20386, Blaine Hopp, Jr., J., entered February 10, 1977. *Affirmed* by unpublished per curiam opinion.